NOVEMBER 12, 1993

No. 93–598.  MELLUZZO ET UX. v. BABBITT, SECRETARY OF THE INTERIOR.  C. A. 9th Cir.  Certiorari dismissed under this Court's Rule 46.

NOVEMBER 15, 1993

No. — – —.  GERMANO ET UX. v. FIRST NATIONAL BANK OF BETHANY ET AL.  Motion of petitioners for reconsideration of order of October 4, 1993 [*ante*, p. 802], denied.